UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

REBECCA ROMERO,

                                                 07 Civ. 9302 (CM)

                Plaintiff,

        - against -                              AFFIDAVIT OF SERVICE

BNP PARIBAS,

                Defendants.

------------------------------------------------X

STATE OF NEW YORK   )
                                  : ss.:
COUNTY OF NEW YORK )

        ANTONIO FERNANDEZ, being duly sworn, deposes and says:

        1.     I am not a party to the action, am over the age of 18 years and reside in New York, New York.

        2.     On October 19, 2007, at or about 2:55 p.m., I served a copy of the Summons and Complaint, as well as the Individual Rules of Judge McMahon and Magistrate Judge Gorenstein, on defendant BNP Paribas, by delivering them by hand to the office of Rachael A. Akohonae, Esq., Employee Relations Partner for BNP Paribas, at 787 Seventh Avenue, New York, New York.

        3.     Ms. Theresa DeLace accepted the documents on behalf of Ms. Akohonae. Ms. DeLace is a Caucasian female, approximately 5'10" in height, approximately 40-50 years of age, approximately 140 pounds, with brown hair and brown eyes. Ms. DeLace signed the hand delivery slip that is attached to this affidavit.

                                                            _____
                                                               ANTONIO FERNANDEZ

Sworn to before me this
8th day of November, 2007

_____
Notary Public

                              ANNE L. CLARK
                       Notary Public, State of New York
                          No. 02CL5027428
                       Qualified in Kings County
               Commission Expires May 9, 2010

248278 v1

# HAND DELIVERY

DELIVERED BY:

FROM: VLADECK, WALDMAN, ELIAS, & ENGELHARD, P.C.
1501 BROADWAY   N.Y., N.Y.   10036

TO: Rachael Akohonae
BNP Paribas
787 Seventh Avenue
NYC

DATE: 10/19/07
CLIENT #: 72104 9059
MATTER #: 1
ATTY SEC: AS

RCVD. BY (PRINT): Theresa DeLace
RCVD. BY (SIGN): Theresa DeLace
TIME RCVD: 2:55

SPECIAL INSTRUCTIONS: Paralegal / Legal Dept. / Litigation