IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
REBECCA ROMERO,                                 :
                                                :   07-CV-9302 (CM)
                Plaintiff,                      :
                                                :
        v.                                      :   **MOTION TO ADMIT**
                                                :   **COUNSEL PRO HAC**
BNP PARIBAS,                                    :   **VICE**
                                                :
                Defendant,                      :
                                                :
------------------------------------------------------------------- x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Richard J. Reibstein, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Andrea M. Kirshenbaum |
| Firm Name: | Wolf, Block, Schorr & Solis-Cohen LLP |
| Address: | 1650 Arch Street, 22nd Floor |
| City/State/Zip: | Philadelphia, PA 19103-2097 |
| Phone Number: | (215) 977-2117 |
| Fax Number: | (215) 405-3717 |

Andrea M. Kirshenbaum is a member in good standing of the Bar of the Commonwealth of Pennsylvania. There are no pending disciplinary proceedings against Andrea M. Kirshenbaum in any State or Federal Court.

Dated:       November 7, 2007
City, State: New York, New York

Respectfully submitted,

*/s/ Richard J.*

Richard J. Reibstein (RR-8739)
Wolf, Block, Schorr & Solis-Cohen LLP
250 Park Avenue, 10th Floor
New York, New York 10177
212-986-1116
212-986-0604

NYC:748641.1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x
| | | |
|---|---|---|
| REBECCA ROMERO, | : | 07-CV-9302 (CM) |
| | : | |
| Plaintiff, | : | **AFFIDAVIT OF** |
| v. | : | **RICHARD J.** |
| | : | **REIBSTEIN IN** |
| BNP PARIBAS, | : | **SUPPORT OF MOTION** |
| | : | **TO ADMIT COUNSEL** |
| Defendant, | : | **PRO HAC VICE** |
| | : | |
| | : | |

------------------------------------------------------------------------ x

State of New York  )
                   )ss:
County of New York )

Richard J. Reibstein, being duly sworn, hereby deposes and says as follows:

1. I am a partner of the firm, Wolf, Block, Schorr and Solis-Cohen LLP, counsel for the defendant BNP Paribas in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of defendant's motion to admit Andrea M. Kirshenbaum as counsel pro hac vice to represent defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in New York in 1979. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Andrea M. Kirshenbaum since February 2007.

4. Ms. Kirshenbaum is an associate at Wolf, Block, Schorr and Solis-Cohen LLP in Philadelphia, Pennsylvania.

5. I have found Ms. Kirshenbaum to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Andrea M. Kirshenbaum, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Andrea M. Kirshenbaum, pro hac vice, which is attached hereto as Exhibit A.

NYC:748647.1

WHEREFORE it is respectfully requested that the motion to admit Andrea M. Kirshenbaum, pro hac vice, to represent the defendant in the above captioned matter, be granted.

Dated: November 7, 2007
New York, New York

> Respectfully submitted,
>
> *[signature]*
> Richard J. Reibstein (RR-8739)

Sworn to before me this
7th day of November 2007

*[signature]*
Notary Public

> SUZANNE F. CORMIER
> Notary Public, State of New York
> No. 01CO5078247
> Qualified in Kings County
> Certificate Filed in New York County
> Commission Expires May 19, 20 __

NYC:748647.1                    - 2 -

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- x
:
REBECCA ROMERO,                              :   07-CV-9302 (CM)
                                             :
                Plaintiff,              :
                                             :
   v.                                        :   **ORDER FOR**
                                             :   **ADMISSION PRO HAC**
                                             :   **VICE**
BNP PARIBAS,                                 :
                                             :
                Defendant,              :
------------------------------------------------------------------------- x

      Upon the motion of Richard J. Reibstein, attorney for defendant BNP Paribas and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Andrea M. Kishenbaum |
| Firm Name: | Wolf, Block, Schorr and Solis-Cohen LLP |
| Address: | 1650 Arch Street, 22nd Floor |
| City/State/Zip: | Philadelphia, PA 19103-2097 |
| Telephone/Fax: | (215) 977-2117 / (215) 405-3717 |
| E-mail Address: | akirshenbaum@wolfblock.com |

is admitted to practice pro hac vice as counsel for defendant BNP Paribas in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
New York, New York

                                                                            _____
                                                                            United States District Judge

- 3 -

## CERTIFICATE OF SERVICE

Erich R. Kaplan hereby certifies that, on this 7th day of November, 2007, the Motion to Admit Counsel Pro Hac Vice, dated 11/7/07, the Affidavit of Richard J. Reibstein in Support of Motion to Admit Counsel Pro Hac Vice, dated 11/7/07, and the proposed Order thereon were served by first class mail upon counsel for the parties addressed as follows:

Anne L. Clark<br>
Vladeck, Waldman, Elias & Engelhard, P.C.<br>
1501 Broadway - Suite 800<br>
New York, NY 10036

_____
Erich R. Kaplan



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Andrea Meryl Kirshenbaum, Esq.*

**DATE OF ADMISSION**

*November 26, 2001*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: November 1, 2007

*Patricia Johnson*
Patricia A. Johnson
Chief Clerk