UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————— x

Rebecca Romero,

                Plaintiff(s),

-against-

BNP Paribas

                Defendant(s).
———————————————————— x

07 Civ. 9302 (CM)(GWG)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/07
```

CIVIL CASE MANAGEMENT PLAN
(for all cases except patent, IDEA and ERISA benefits cases,
and cases subject to the Private Securities Litigation Reform Act)

1. This case is/is not to be tried to a jury.

2. Discovery pursuant to Fed.R.Civ.P. 26(a) shall be exchanged by __11/28/07__.

3. No additional parties may be joined after __12/28/07__.

4. No pleading may be amended after __90 days following receipt of Notice of Right to Sue letter from EEOC.__

5. If your case is brought pursuant to 42 U.S.C. § 1983: In keeping with the United States Supreme Court's observation that the issue of qualified immunity should be decided before discovery is conducted, counsel representing any defendant who intends to claim qualified immunity must comply with the special procedure set forth in Judge McMahon's individual rules, which can be found at www.nysd.uscourts.gov.

    Failure to proceed in accordance with the qualified immunity rules constitutes a waiver of the right to move for judgment on the ground of qualified immunity prior to trial. *Please identify any party who is moving to dismiss on qualified immunity grounds.*

6. All discovery, *including expert discovery*, must be completed on or before 4/25/08_____. (For personal injury, civil rights, employment discrimination or medical malpractice cases only): Plaintiff's deposition shall be taken first, and shall be completed by 1/18/08_____. PLEASE NOTE: the phrase "all discovery, including expert discovery" means that the parties must select and disclose their experts' identities and opinions, as required by Fed. R. Civ. P. 26(a)(2)(B), *well before* the expiration of the discovery period. Expert disclosures conforming with Rule 26 must be made no later than the following dates: Plaintiff(s) expert report(s) by 2/29/08_____; Defendant(s) expert report(s) by 3/14/08_____.

7. Judge McMahon's Rules governing electronic discovery apply automatically to this case. The parties must comply with those rules unless they supercede it with a consent order. The text of the order will be found at www.nysd.uscourts.gov.

8. This case has been designated to the Hon. United States Magistrate Gorenstein for resolution of discovery disputes. Do not contact Judge McMahon about discovery disputes; go directly to your assigned Magistrate Judge. Discovery disputes do not result in any extension of the discovery deadline or trial-ready date, and Judge McMahon must approve any extension of the discovery deadline in non-pro se cases. *The Magistrate Judge cannot change discovery deadlines unless you agree to transfer the case to the Magistrate Judge for all purposes.* Judge McMahon does not routinely grant extensions so counsel are warned that it they wait until the last minute to bring discovery disputes to the attention of the Magistrate Judge, they may find themselves precluded from taking discovery because they have run out of time.

9. A joint pre-trial order in the form prescribed in Judge McMahon's individual rules, together with all other pre-trial submissions required by those rules (not including *in limine* motions), shall be submitted on or before 6/9/08_____. Following submission of the joint pre-trial order, counsel will be notified of the date of the final pre-trial conference. *In limine* motions must be filed within five days of receiving notice of the final pre-trial conference; responses to in limine motions are due five days after the motions are made. Cases may be called for trial at any time following the final pre-trial conference.

10. No motion for summary judgment may be served after the date the pre-trial order is due. *The filing of a motion for summary judgment does not relieve the parties of the obligation to file the pre-trial order and other pre-trial submissions on the assigned date.*

11. The parties may at any time consent to have this case tried before the assigned Magistrate Judge pursuant to 28 U.S.C. Section 636(c).

12. This scheduling order may be altered or amended only on a showing of good cause that is not foreseeable at the time this order is entered. *Counsel should not assume that extensions will be granted as a matter of routine.*

Dated:
New York, New York

Upon consent of the parties:
[signatures of all counsel]

_____
ANNE L. CLARK (AC 6456)
Vladeck, Waldman, Elias & Engelhard, PC
1501 Broadway, Suite 800
New York, NY 10036
212.403.7332

_____
RICHARD J. REIBSTEIN (RR 8739)
Wolf, Block, Schorr & Solis-Cohen LLP
250 Park Avenue
New York, NY 10177
212.883.4985

SO ORDERED:

_____
Hon. Colleen McMahon
United States District Judge

11-14-07

## VLADECK, WALDMAN, ELIAS & ENGELHARD, P.C.

COUNSELORS AT LAW

1501 BROADWAY

NEW YORK, N.Y. 10036

TEL 212/403-7300

FAX 212/221-3172



## FAX TRANSMITTAL SHEET

DATE:            November 14, 2007            TIME: _____

TO:              Honorable Colleen McMahon

               cc: Richard J. Reibstein, Esq. (by fax)

FIRM NAME:       U.S. District Court for the Southern District of New York

FAX NUMBER:      212-805-6326

PHONE NUMBER:    212-805-6325

FROM:            Anne L. Clark

MESSAGE:         Civil Case Management Plan for Romero v. BNP Paribas, 07 Civ. 9302 (CM) (GWG)

NUMBER OF PAGES FAXED (including this one) __4__

IF A PROBLEM IN TRANSMISSION OCCURS, CONTACT 212/403-7377

\* \* \* \* \*

THE INFORMATION CONTAINED IN THIS FAX TRANSMISSION IS AN ATTORNEY COMMUNICATION WHICH IS PRIVILEGED OR IS PERSONAL OR CONFIDENTIAL AND THUS INTENDED ONLY FOR THE USE OF THE ABOVE-NAMED RECIPIENT. IF A TECHNICAL PROBLEM CAUSES THIS FAX COMMUNICATION TO BE TRANSMITTED ERRONEOUSLY TO AN ORGANIZATION OR INDIVIDUAL OTHER THAN THE INTENDED RECIPIENT, PLEASE IMMEDIATELY NOTIFY THIS FIRM, BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE, BY MAIL, TO THE ADDRESS REFERENCED ABOVE. THANK YOU.

HARD COPY ____ (WILL) __X__ (WILL NOT) BE SENT

248372 v1