IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

REBECCA ROMERO,

        Plaintiff,

        v.

BNP PARIBAS,

        Defendant,

------------------------------------------------------------------- x

07-CV-9302 (CM)

**ORDER FOR ADMISSION PRO HAC VICE**

Upon the motion of Richard J. Reibstein, attorney for defendant BNP Paribas and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Andrea M. Kishenbaum |
| Firm Name: | Wolf, Block, Schorr and Solis-Cohen LLP |
| Address: | 1650 Arch Street, 22nd Floor |
| City/State/Zip: | Philadelphia, PA 19103-2097 |
| Telephone/Fax: | (215) 977-2117 / (215) 405-3717 |
| E-mail Address: | akirshenbaum@wolfblock.com |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/7

is admitted to practice pro hac vice as counsel for defendant BNP Paribas in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: November 16, 2007
New York, New York

_____
United States District Judge

NYC 748640.1