UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REBECCA ROMERO,

                        Plaintiff,

        - against -

BNP PARIBAS,

                        Defendant.

07 CIV 9302 (CM) (GWG)

**RULE 7.1 STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendant BNP Paribas (a non-governmental corporate party) certifies that:

      It has NO parent corporation and there are NO publicly held corporations that own 10% or more of defendant's stock.

_/s/ Richard J. Reibstein_
Richard J. Reibstein (RR 8739)
Wolf, Block, Schorr and Solis-Cohen LLP
250 Park Avenue
New York, New York 10177
(212) 883-4985 (direct)
        -and-
Andrea M. Kirshenbaum (AK 2668)
*Admitted Pro Hac Vice*
Wolf, Block, Schorr and Solis-Cohen LLP
1650 Arch Street
Philadelphia, Pennsylvania 19103
(215) 977-2177 (direct)

Attorneys for Defendant
BNP Paribas

Dated: November 19, 2007

NYC:749981.1/BNP003-248278