UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
REBECCA ROMERO,                           :     ORDER
          Plaintiff,                              07 Civ. 9302(CM) (GWG)
                                                   :
   -v.-
                                                   :
BNP PARIBAS
          Defendant.                              :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      Defendant has requested permission to depose plaintiff for two days. Given the nature of this case, the plaintiff is the most critical witness. Her claims span a period of several years and involve a number of incidents. They also involve disparate claims, including sexual harassment, retaliation, and violation of the Family and Medical Leave Act. It will certainly be understandable if defendants find that they require more than seven hours to fully explore these matters. Indeed, in this Court's experience, plaintiff's counsel commonly agrees to exceed the seven hour limit where the plaintiff is a key witness. It is unclear why the same has not occurred here.

      Nonetheless, the Court concurs with the reasoning in Malec v. Trustees of Boston College, 208 F.R.D. 23 (D. Mass. 2002), which rejected a request made in advance of a deposition to exceed the seven hours limit. Malec states:

> the better practice is for the deposition to go forward to determine how much is able to be covered in the seven hours and, then, if additional time is needed, for counsel to stipulate to extend the deposition for a specific additional time period. If the parties cannot reach a stipulation, then Court intervention may be sought.

Id. at 24. While the Malec rule is not absolute, see Schmidt v. Levi Strauss & Co., 2006 WL 2192054 (N.D. Cal. Aug. 1, 2006), there is no reason not to adhere to it in this case. As was true in Malec, this Court "[o]bviously . . . will allow more than seven hours 'if needed for a fair examination of the plaintiff.' Id. (citing Fed. R. Civ. P. 30(d)(2)).

      SO ORDERED.

Dated: November 27, 2007
      New York, New York

                                               GABRIEL W. GORENSTEIN
                                               United States Magistrate Judge