UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
REBECCA ROMERO,                                :    ORDER
                Plaintiff,                       07 Civ. 9302(CM) (GWG)

      -v.-                                         :

BNP PARIBAS                                      :
                Defendant.                    :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

    The Court is in receipt of letters dated February 4, 2008 from the parties.

    The Court's Order of November 21, 2007 did not state or contemplate the logistics of any of the mediation choices, including whether any party should appear in person.

    Accordingly, the application to have the Court order plaintiff to appear in person at the private mediation is denied.[1]

SO ORDERED.

Dated: February 4, 2008
       New York, New York

                                            GABRIEL W. GORENSTEIN
                                            United States Magistrate Judge

---

[1] If in the future the parties submit any applications to the Court, they are directed not to burden the Court with matters extraneous to the application. The plaintiff's three pages discussing the merits of this case was particularly inappropriate.