McMahon, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REBECCA ROMERO,

           Plaintiff

vs.

BNP PARIBAS,

           Defendant.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08
```

07 Civ. 9302 (CM) (GWG)

**STIPULATION AND ORDER
OF VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this civil action, that pursuant to Fed. R. Civ. P. 41(a), plaintiff voluntarily dismisses this civil action, with prejudice and without costs.

Dated: March 13, 2008

FOR REBECCA ROMERO:

VLADECK, WALDMAN, ELIAS &
ENGELHARD, P.C.

By: _____
Anne L. Clark
1501 Broadway, 8th Floor
New York, New York 10036
(212) 403-7332 (direct)

ATTORNEYS FOR PLAINTIFF

FOR BNP PARIBAS:

WOLF, BLOCK, SCHORR and
SOLIS-COHEN LLP

By: _____
Richard J. Reibstein
250 Park Avenue
New York, New York 10177
(212) 883-4985 (direct)

ATTORNEYS FOR DEFENDANT

SO ORDERED: _____ Dated: 25 March, 2008
                    U.S.D.J.

NYC:758991.1